## 33775. QUINN v. THE STATE.

JORDAN, Justice.

On November 8, 1976 appellant, Mancel Paul Quinn entered a plea of guilty to the offense of burglary and received a five-year sentence. On September 16, 1977, appellant filed a "Writ of Error Coram Nobis" seeking to

set aside his sentence on the ground that the state had not fulfilled its obligation under a plea agreement. Quinn appeals the denial of this writ.

Although appellant in his pro se appeal has incorrectly sought relief through the use of a "Writ of Coram Nobis," *Waye v. State,* 239 Ga. 871 (238 SE2d 923) (1977), we have reviewed his single allegation that his sentence has not been correctly implemented and affirm. A review of appellant's plea transcript discloses that he was told to expect a sentence of five years which could be served concurrently with a previously imposed Alabama sentence. Appellant was also told that the trial court was not bound by any pre-sentence promises and could impose the maximum sentence of twenty years. Appellant received the five-year concurrent sentence.

*Judgment affirmed. All the Justices concur, except Nichols, C.J., and Hill, J., who concur in the judgment only.*

SUBMITTED JUNE 30, 1978 — DECIDED OCTOBER 25, 1978.

Mancel Paul Quinn, *pro se.*

*M. Randall Peek, District Attorney, Alton G. Hartley, Assistant District Attorney,* for appellee.